UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARY F. MEYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:14-cv-00973-SEB-DML |
| | ) | |
| INDIANAPOLIS PUBLIC SCHOOLS BOARD OF SCHOOL COMMISSIONERS of the city of Indianapolis, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| BILLIE J. HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:13-cv-02039-SEB-TAB |
| | ) | |
| INDIANAPOLIS PUBLIC SCHOOLS, COMMUNITY HEALTH NETWORK/GALLAHUE MENTAL HEALTH SERVICES, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY

The Court directs the attention of all counsel in the above-captioned causes to the Seventh Circuit's recent decision in *Ortiz v. Werner Enterprises, Inc.*, No. 15-2574, 2016 WL 4411434 (7th Cir. Aug. 19, 2016), which "overrules two lines of cases in this circuit," and thereby significantly alters the analytical framework for addressing and resolving motions for summary judgment in employment discrimination cases. In light of

this major shift in Seventh Circuit precedent, the movants' pending motions and briefings seeking summary judgment in these actions are hereby stayed (and will be administratively closed on the Court's docket) pending the filing of substituted submissions that omit discussion of or reliance on the concepts of "convincing mosaics" and "direct" and "indirect" evidence, in order to comply with the *Ortiz* decision. Movants are granted 30 days within which to file their substituted motions. Respondents shall have 30 days to file their responses. Movants shall then have 15 days to file their replies.

    IT IS SO ORDERED.

Date: 9/9/2016

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Craig M. Borowski
FAEGRE BAKER DANIELS LLP (Indianapolis)
craig.borowski@faegrebd.com

Ryann E. Ricchio
FAEGRE BAKER DANIELS LLP - Indianapolis
ryann.ricchio@faegrebd.com

Paul Stanton Petro
PETRO LAW
paul@petrolaw.us


BILLIE J. HOWARD
7244 Lakeside Woods Dr.
Indianapolis, IN 46278

Craig M. Borowski
FAEGRE BAKER DANIELS LLP (Indianapolis)
craig.borowski@faegrebd.com

Ryann E. Ricchio
FAEGRE BAKER DANIELS LLP - Indianapolis
ryann.ricchio@faegrebd.com

Tami A. Earnhart
ICE MILLER LLP
earnhart@icemiller.com